**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 16 B 00487 |
| Brandon D Terry and Zandra Griffin | ) | HON.  A. BENJAMIN GOLDGAR |
| | ) | CHAPTER 13 |
| DEBTORS. | ) | |

**NOTICE OF MOTION**

TO:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;

See attached service list.

Please take notice that on April 28, 2020, at 1:30 p.m. I shall appear before the Honorable A. Benjamin Goldgar in Courtroom 642 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the attached motion and you may appear if you so choose.

That a party who objects to the motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

**PROOF OF SERVICE**

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on April 2, 2020.

/s/ *Aaron Weinberg*_____
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-00487<br>Northern District of Illinois<br>Eastern Division<br>Thu Apr  2 13:25:08 CDT 2020 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| AMSHER COLLECTION SERV<br>600 BEACON PKWY W STE 30<br>BIRMINGHAM 35209-3114 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Antoine Griffin<br>86 Victory Lane<br>Justice, IL 60458 |
| Arnold Scott Harris<br>111 W. Jackson # 600<br>Chicago 60604-3517 | Atlas Acquisitions LLC   (CAPITAL ONE)<br>294 Union St.<br>Hackensack, NJ 07601-4303 | CMRE. 877-572-7555<br>3075 E IMPERIAL HWY STE<br>BREA 92821-6733 |
| CREDIT COLL<br>Po Box 9136<br>Needham Heights 02494-9136 | Chandra C/O IL Dept of Human & Family Servic<br>509 S 6th St<br>Springfield 62701-1809 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W Jackson Ste.600<br>Chicago,IL 60604-3517 |
| City of Chicago Parking<br>121 N. LaSalle St # 107A<br>Chicago 60602-1232 | ComEd<br>3 Lincoln Center<br>Bankruptcy Section<br>Oakbrook Terrace 60181-4204 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Department<br>Oakbrook Terrace, IL 60181-4204 |
| DIVERSIFIED<br>POB 551268<br>JACKSONVILLE 32255-1268 | ENHANCED RECOVERY CO L<br>8014 BAYBERRY RD<br>JACKSONVILLE 32256-7412 | HSBC AUTO<br>11452 EL COMINO RE<br>SAN DIEGO 92130-2080 |
| I C SYSTEM INC<br>PO BOX 64378<br>SAINT PAUL 55164-0378 | IL DEPT OF HEALTHCARE<br>100 S GRAND AV EAST<br>SPRINGFIELD 62704-3802 | IL Dept of  Healthcare and Family Services<br>PO Box 19405<br>Springfield, IL 62794-9405 |
| ILLINOIS COLLECTION SE<br>8231 185TH ST STE 100<br>TINLEY PARK 60487-9356 | Illinois Department of Health & Fam<br>PO Box 19405<br>Springfield, IL 62794-9405 | Illinois Tollway<br>PO Box 5544<br>Chicago 60680-5491 |
| MCSI INC<br>PO BOX 327<br>PALOS HEIGHTS 60463-0327 | MIDLAND FUNDING<br>8875 AERO DR STE 200<br>SAN DIEGO 92123-2255 | NORTHWEST COLLECTORS<br>3601 ALGONQUIN RD STE 23<br>ROLLING MEADOWS 60008-3143 |
| PEOPLES ENGY<br>200 EAST RANDOLPH<br>CHICAGO 60601-6302 | PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, ILLINOIS 60601-6433 | Porania LLC<br>c/o Biltmore Asset Management<br>24500 Center Ridge Rd Ste 472<br>Westlake, OH 44145-5605 |

RaZor Capital I LLC
c/o Absolute Resolutions Corporation
8000 Norman Center Drive, Suite 350
Bloomington MN 55437-1118

SOURCE RECEIVABLES MNG
4615 DUNDAS DR STE 102
GREENSBORO 27407-1761

Santander Consumer USA
PO Box 961245
Fort Worth 76161-0244

Shondra Jones
c/o Illinois Department of Health &
509 S. 6th St.
Springfield, IL 62701-1809

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

(p)ABSOLUTE RESOLUTIONS CORPORATION
8000 NORMAN CENTER DRIVE SUITE 350
BLOOMINGTON MN 55437-1118

Brandon D Terry
630 N Troy
Chicago, IL 60612-1032

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Patrick Semrad
The Semrad Law Firm, LLC
20 S. Clark St, 28th Floor
Chicago, IL 60603-1811

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Zandra Griffin
630 N Troy
Chicago, IL 60612-1032

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Sprint
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

Ashley Gjorgjeski
Absolute Resolutions Corporation
8000 Norman Center Drive, Suite 350
Bloomington, MN 55437

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

End of Label Matrix
Mailable recipients    40
Bypassed recipients     1
Total                  41

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16 B 00487 |
| Brandon D Terry and Zandra Griffin ) | HON. A. BENJAMIN GOLDGAR |
| ) | CHAPTER 13 |
| DEBTORS. ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtors, Brandon D Terry and Zandra Griffin, by and through Debtors' attorney, The Semrad Law Firm, LLC hereby moves this Honorable Court to Modify the confirmed Chapter 13 Plan, Debtors state the following:

1. On January 8, 2016, Debtors filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On March 1, 2016, this Honorable Court confirmed the Debtors Chapter 13 Plan.

3. The Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 10% of their allowed claims.

4. The confirmed Chapter 13 Plan requires the Debtors to make plan payments to the Chapter 13 Trustee in the amount of $200.00 monthly for 60 months.

5. Debtor has been laid off from his job due to the Covid-19 pandemic. Debtor is only approved to receive unemployment compensation in the amount of $256.00 per week. The Co-Debtor is also unemployed but does not qualify for unemployment compensation since she has not worked in 3 years.

6. Debtors will be in a position to make plan payments going forward, if the payments are suspended during the months of May 2020 and June 2020. Debtor's payroll shall resume as normal in July 2020.

7. Debtors wish the Chapter 13 plan term extend over the 60 months Under H.R. 748-Cares Act, since the Debtors' loss of income was caused by the Covid-19.

8. Debtors respectfully request this Honorable Court suspend the Chapter 13 plan payment for the months of May 2020 and June 2020. Debtor's payroll shall resume as normal in July 2020. That Debtor's employer shall not deduct any payments for the Chapter 13 Trustee from the Debtor's wages during the months of May 2020 and June 2020. The Debtor's employer shall resume the payroll deductions for the Chapter 13 Trustee in the month of July 2020.

9. Debtors further request this Honorable Court extend the Chapter 13 plan term over 60 months Under H.R. 748- Cares Act.

10. Debtors further request that this Honorable Court defer the current plan default to the end of the plan of reorganization.

11. Debtors are in a position to proceed with the instant case.

12. Debtors filed the instant case in good faith and intend to complete the plan of reorganization.

WHEREFORE, the Debtors pray this Honorable Court for the following relief:

A. That this Honorable Court enter an Order suspending the Chapter 13 plan payment for the months of May 2020 and June 2020. Debtor's payroll shall resume as normal in July 2020. That Debtor's employer shall not deduct any payments for the Chapter 13 Trustee from the Debtor's wages during the months of May 2020 and June 2020. The Debtor's employer shall resume the payroll deductions for the Chapter 13 Trustee in the month of July 2020; and

B. That this Honorable Court enter an Order extending the Chapter 13 plan term over 60 months Under H.R. 748- Cares Act; and

C. That this Honorable Court enter an Order deferring the current plan default to the end of the Chapter 13 Plan of reorganization; and

D. For such other and further relief as the Court deems fair and proper; and

Respectfully submitted,

*/s/ Aaron Weinberg*
*Attorney for Debtor*
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625