IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| **In re:** **Terry Brandon** | ) ) | **16 B 00487** |
| **Zandra Griffin** | ) |  |
| Debtor(s), | ) ) | **Judge A. Benjamin Goldgar** |

*Notice of Objection*

The Trustee objects to the Motion to Modify Plan.

                                                        Marilyn O. Marshall,
                                                        Standing Trustee

                                                        /s/ O. Anthony Olivadoti
                                                        By: O. Anthony Olivadoti

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604
(312) 431-6532